# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2024

### NO. 03-22-00408-CV

**Ricky Gonzales, Jr., Appellant**

**v.**

**Shannon Marie Gonzales, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART –**
**OPINION BY JUSTICE KELLY**

This is an appeal from the decree of divorce signed by the trial court on June 3, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the divorce decree that awarded a money judgment for the retroactive child support. Therefore, the Court reverses that portion of the decree and renders judgment that appellee take nothing on her request for a money judgment for the retroactive child support. The Court does not alter the portion of the decree that merely awarded retroactive child support. The Court further holds that there was no error in the remainder of the decree. Therefore the Court affirms the trial court's divorce decree in all other respects. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.